No. 306. KESSLER *v.* BUICK MOTOR Co. October 9, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Messrs. Cody Fowler* and *Charles Rogers Fenwick* for petitioner. *Mr. Edward N. Pagelsen* for respondent.

No. 307. TERRY ET AL. *v.* MIDLAND REFINING Co. October 9, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Messrs. Frank J. Hogan, Nelson T. Hartson, Charles R. Brice,* and *Ellis Douthit* for petitioners. *Mr. J. O. Seth* for respondent.

Nos. 309 and 310. NEWBERRY ET AL. *v.* DAVISON CHEMICAL Co. October 9, 1933. Petitions for writs of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Messrs. Frank S. Spruill* and *Leon Tobriner* for petitioners. *Mr. Larry I. Moore* for respondent.

No. 314. INTERTYPE CORP. ET AL. *v.* PULVER. October 9, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Herbert S. Phillips* for petitioners. *Mr. Jefferson D. Stephens* for respondent.

No. 315. ADAMS *v.* COMMISSIONER OF INTERNAL REVENUE. October 9, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Messrs. Nathan L. Miller* and *Edward B. Burling* for petitioner. *Solicitor General Biggs, Mr. Sewall Key,* and

*Miss Helen R. Carloss* for respondent.

No. 316. CHAPMAN *v.* WASHINGTON RAILWAY & ELECTRIC Co. October 9, 1933. Petition for writ of certiorari to the Court of Appeals of the District of Columbia denied. *Mr. Harlan Wood* for petitioner. *Messrs. Percy H. Marshall* and *H. W. Kelly* for respondent.

No. 317. KOWAL *v.* PERKINS, SECRETARY OF LABOR;
No. 318. KABADIAN *v.* SAME;
No. 319. ABRAHAM *v.* SAME;
No. 320. POLOMBO *v.* SAME;
No. 321. SPICA *v.* SAME; and
No. 322. PETIKAS *v.* SAME. October 9, 1933. Petitions for writs of certiorari to the Court of Appeals of the District of Columbia denied. *Mr. Raymond M. Hudson* for petitioners. *Solicitor General Biggs* and *Messrs. Harry S. Ridgely* and *W. Marvin Smith* for respondent.

No. 323. CURTIS PUBLISHING Co. *v.* NEYLAND. October 9, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. J. M. Richardson Lyeth* for petitioner. *Mr. Samuel F. Frank* for respondent.

No. 324. PENNSYLVANIA COAL & COKE CORP. *v.* UNITED STATES. October 9, 1933. Petition for writ of certiorari to the Court of Claims denied. *Mr. Frederick S. Winston* for petitioner. *Solicitor General Biggs* and *Assistant At-*